UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

RASHAD GREENE and JASMINE
GREENE, Individually, and as
Guardians of their minor child, R.G.,

    Plaintiffs,

v.

Case No. 4:21-cv-00215-MW-MAF

PELOTON INTERACTIVE, INC., a
Delaware corporation.

    Defendant.
_____/

## PLAINTIFFS' RULE 26 INITIAL DISCLOSURES

Plaintiffs, Rashad Greene and Jasmine Greene, individually, and on behalf of their minor child, R.G., by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 26(a)(1), make the following initial disclosures:

### PRELIMINARY STATEMENT

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiffs identify the following witnesses and documents that are presently known to them at this early stage of the litigation. Plaintiffs provides the following information based upon a reasonable investigation and the information reasonably available to Plaintiffs at this time. Plaintiffs reserve the right to supplement these disclosures as mew evidence is developed or as otherwise necessary and appropriate. By disclosing the potential

witnesses and documents listed below, Plaintiffs do not waive and expressly reserve their right to object to the admissibility of any material contained in any document or the testimony of any witness.

**INITIAL DISCLOSURES**

**I.     Rule 26(a)(1)(A)(i): Identity of Individuals Likely to Have Discoverable Information**

The following individuals are believed to have information that may be used to support Plaintiffs' claims:

1. Rashad Greene (Plaintiff)
   c/o Schlesinger Law Offices, P.A.
   1212 SE 3rd Avenue
   Fort Lauderdale, FL 33316
   *Subject(s) of Information: Plaintiff has knowledge of his allegations, the relevant facts, damages, and the health condition of his son, R.G.*

2. Jasmine Greene (Plaintiff)
   c/o Schlesinger Law Offices, P.A.
   1212 SE 3rd Avenue
   Fort Lauderdale, FL 33316
   *Subject(s) of Information: Plaintiff has knowledge of her allegations, the relevant facts, damages, and the health condition of her son, R.G.*

3. R.G. (Plaintiff)
   c/o Schlesinger Law Offices, P.A.
   1212 SE 3rd Avenue
   Fort Lauderdale, FL 33316
   *Subject(s) of Information: Plaintiff has knowledge of the relevant facts, damages, and his health condition generally.*

4. Any medical providers of Plaintiff, R.G.

5. Individuals identified in Defendant's Rule 26(a)(1) Initial Disclosures.

## II. Rule 26(a)(1)(A)(ii): Relevant Documents and Tangible Things

Based upon information reasonably available to Plaintiffs, Plaintiffs identify the following categories of documents that may be used to support their claims: (1) Medical Records; (2) Medical Billing Records; and (3) Documents identified in Defendant's Rule 26(a)(1) Initial Disclosures. Plaintiffs will provide any such records in Plaintiffs' possession.

## III. Rule 26(a)(1)(A)(iii): Computation of Damages

Plaintiffs seek all elements of damages recoverable under the claims as alleged in the Complaint. Some elements, such as mental anguish and suffering are not amenable to "computation." Plaintiffs also seek to recover the costs of medical treatment in the past and future. Plaintiffs are in the process of computing medical expenses incurred to date, and reserve the right to amend this response.

## IV. Rule 26(a)(1)(A)(iv): Insurance Agreements

Plaintiffs are without knowledge of any such agreement.

DATED: October 25, 2021

Respectfully submitted,

*/s/ Sarah J. Schultz*
Jeffrey L. Haberman, Esq.
Sarah J. Schultz, Esq.
**SCHLESINGER LAW OFFICES, P.A.**
1212 SE Third Avenue,
Fort Lauderdale, FL 33316
Telephone: (954) 467-8800
jhaberman@schlesingerlaw.com
sarah@schlesingerlaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2021, in compliance with this Court's Initial Scheduling Order (Doc. 13, at 11), I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: */s/ Sarah J. Schultz*
Sarah J. Schultz

# SERVICE LIST

Erin M. Bosman
Julie Y. Park
Benjamin S. Kagel
MORRISON & FOERSTER, LLP
12531 High Bluff Drive
San Diego, CA 92130
(858) 720-5100
ebosman@mofo.com
juliepark@mofo.com
bkagel@mofo.com

James M. Shaw
Maria Alvarez
TORRES VICTOR
1451 West Cypress Creek Road
Suite 211
Fort Lauderdale, FL 33309
(716) 228-2515
jshaw@torresvictor.com
malvarez@torresvictor.com

*Attorneys for Defendant, Peloton Interactive, Inc.*