UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

RASHAD GREENE and JASMINE GREENE, Individually, and as Guardians of his minor child, R.G.,

Plaintiffs,

v.

PELOTON INTERACTIVE, INC., a Delaware corporation.

Defendant.

Case No. 4:21-cv-00215-MW-MAF

# PELOTON INTERACTIVE, INC.'S RULE 26 INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant Peloton Interactive, Inc. ("Peloton") makes the following initial disclosures:

## I. PRELIMINARY STATEMENT

Consistent with Federal Rule of Civil Procedure 26(a)(1), Peloton has disclosed witnesses and categories of documents that Peloton may use to support its claims or defenses, unless solely for impeachment. Peloton provides these initial disclosures based upon a reasonable investigation and the information reasonably available to Peloton at this time. However, the parties have not yet produced information in discovery. Accordingly, Peloton reserves the right to

supplement these disclosures as discovery and case developments proceed, as new information arises, and/or as otherwise necessary and appropriate. In addition, to the extent that there exist other potentially relevant witnesses and categories of documents that Peloton presently does not intend to use in support of its claims or defenses, Peloton has not listed those witnesses or categories of documents. Peloton reserves the right to supplement these initial disclosures should Peloton determine that it may use an additional witness, document, or category of documents. *See* Advisory Committee Notes to the 2000 Amendments to Fed. R. Civ. P. 26.

Peloton designates witnesses and categories of documents that Peloton presently believes it may use to support its claims or defenses. Peloton, however, may not in fact use all designated witnesses or documents. Peloton does not admit that these witnesses do or will possess discoverable information or that these categories of documents are or will be discoverable. Peloton reserves the right to object to the discovery of any witness, document or category of documents responsive to a discovery request, regardless of whether the witness, document, or category of documents is disclosed herein.

Consistent with Federal Rule of Civil Procedure 26(a)(1), Peloton has disclosed and described only those categories of documents in Peloton's possession, custody, or control.

When Peloton identifies categories of "documents," these documents may include hard copies, information stored in electronic form, or both.  Also, the "documents" are not necessarily located or maintained in discrete file folders, but the term may refer to, for example, a compilation of documents, a single document, documents stored in various locations, or otherwise.  The term "documents" includes documents, electronically stored information, and tangible things as described in Federal Rule of Civil Procedure 26(a)(1).

The categories of documents identified may include documents protected by the attorney-client privilege, the work product doctrine, and/or other applicable legal privileges and protections.  Similarly, the witnesses identified may possess knowledge or information protected by the attorney-client privilege, the work product doctrine, and/or other applicable legal privileges and protections.  By listing the witnesses, documents, and categories of documents, Peloton does not waive these privileges and protections, and Peloton reserves the right to assert any applicable privilege or protection at an appropriate time.  In response to a proper document request, and unless otherwise agreed, Peloton will describe the nature of such privileged and/or protected documents to the extent required by law.

## II. INITIAL DISCLOSURES

### A. Rule 26(a)(1)(A)(i): Individuals

The following individuals are believed to have information Peloton may use

to support its defenses, although Peloton is not yet certain of the full extent of each person's knowledge:

| Name | Address and Telephone (if known) | Subject(s) of Information |
|---|---|---|
| Maureen Coiro, Product Management Director | Contact through counsel | Design and testing of the Tread+ and rear guard prototype. |
| James Gunipero, Senior Director, Quality | Contact through counsel | Design and testing of the Tread+. |
| Daniel Feinberg, Senior Product Manager | Contact through counsel | User experience for Tread+ Members. |
| Betina Evancha, Vice President, Product Management | Contact through counsel | Design and testing of the Tread+ software. |
| Rashad Greene, Plaintiff | Contact through Plaintiffs' counsel | Information relevant to Plaintiffs' claims. |
| Jasmine Greene, Plaintiff | Contact through Plaintiffs' counsel | Information relevant to Plaintiffs' claims. |
| R.G., Plaintiff | Contact through Plaintiffs' counsel | Information relevant to Plaintiffs' claims. |
| Individuals identified in Plaintiffs' Rule 26(a) disclosures and discovery responses (whose identities are currently unknown to Peloton). | See Plaintiffs' Rule 26(a) Disclosures and discovery responses. | It is expected that these individuals will have information relevant to Plaintiffs' claims and/or Peloton's defenses. |
| Individuals noticed for deposition and/or deposed in this litigation by any party (whose | See Deposition Notices and/or Deposition Transcripts. | It is expected that these individuals will have information relevant to Plaintiffs' claims and/or Peloton's defenses. |

sf-4580016

| identities are currently unknown to Peloton). | | |

### B. Rule 26(a)(1)(A)(ii): Documents in Peloton's Possession, Custody, or Control

Peloton discloses and describes by category the following documents, electronically stored information, and tangible things that are or may be in the possession, custody, or control of Peloton and that Peloton currently and reasonably believes it may use to support its claims or defenses, unless solely for impeachment:

1. Documents regarding Tread+ design;

2. Documents regarding Tread+ testing;

3. Tread+ user manuals, installation instructions, and warnings;

4. Documents related to Plaintiff, if any; and

5. Tread+ photos.

### C. Rule 26(a)(1)(A)(iii): Computation of Damages

Peloton is not seeking damages from Plaintiffs at this time.

### D. Rule 26(a)(1)(A)(iv): Insurance Agreements

Peloton has adequate insurance to cover the allegations in the Complaint and will produce copies of applicable insurance policies upon request from the Court or a party to this action.

Dated: October 18, 2021       MORRISON & FOERSTER LLP

By: */s/ Erin M. Bosman*
 Erin M. Bosman (CA Bar No. 204987)
 Julie Y. Park (CA Bar No. 259929)
 Benjamin S. Kagel (CA Bar No. 317645)
 12531 High Bluff Drive, Suite 100
 San Diego, CA 92130
 858.720-5100
 EBosman@mofo.com
 JuliePark@mofo.com
 BKagel@mofo.com

 TORRES VICTOR
 James M. Shaw (FL Bar No. 16238)
 Maria Alvarez (FL Bar No. 57141)
 TORRES VICTOR
 1451 West Cypress Creek Road, Suite 211
 Fort Lauderdale, FL 33309-1953
 716.228.2515
 jshaw@torresvictor.com
 malvarez@torresvictor.com

 Attorneys for Defendant
 PELOTON INTERACTIVE, INC.

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 12531 High Bluff Drive, San Diego, CA 92130-2040. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on October 18, 2021, I served a copy of:

**PELOTON INTERACTIVE, INC.'S RULE 26 INITIAL DISCLOSURES**

**BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the email address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

> Jeffrey L. Haberman
> Jonathan R. Gdanski
> Sarah Schultz
> SCHLESINGER LAW OFFICES, P.A.
> 1212 S.E. 3rd Avenue
> Fort Lauderdale, FL 33316
> Telephone: (954) 467-8800
>
> Jhaberman@schlesingerlaw.com
> jonathan@schlesingerlawoffices.com
> sarah@schlesingerlaw.com
>
> *Attorneys for Plaintiffs*
> *RASHAD GREENE AND JASMINE GREENE,*
> *Individually, and as Guardians of his minor child, R.G.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Diego, California, this 18th day of October, 2021.

_____
Diane Muhrez
(typed)