UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

RASHAD GREENE and JASMINE GREENE, Individually, and as Guardians of his minor child, R.G.,

Plaintiff,

v.

PELOTON INTERACTIVE, INC., a Delaware corporation.

Defendant.

Case No. 4:21-cv-00215-MW-MAF

## JOINT STATUS REPORT
## PURSUANT TO JULY 2, 2021 INITIAL SCHEDULING ORDER

Pursuant to the Court's Initial Scheduling Order (D.E. 13), Plaintiffs Rashad Greene and Jasmine Greene, individually, and as guardians of his minor child, R.G., and Defendant Peloton Interactive, Inc., by and through their attorneys, hereby provide the following status report. On November 1, 2021, Plaintiffs served Peloton with a first set of Interrogatories, Requests for Production, and Requests for Admission. The parties have agreed to extend Peloton's deadline to respond to January 31, 2022.

1

Dated: January 3, 2022  SCHLESINGER LAW OFFICES, P.A.

By: */s/ Jeffrey L. Haberman*
 Jeffrey L. Haberman
 Jonathan R. Gdanski
 Sarah Schultz
 1212 S.E. 3rd Avenue
 Fort Lauderdale, FL 33316
 T: 954.467.8800
 Jhaberman@schlesingerlaw.com
 jonathan@schlesingerlawoffices.com
 sarah@schlesingerlaw.com

 Attorneys for Plaintiffs
 RASHAD GREENE AND JASMINE GREENE,
 Individually, and as Guardians of his minor child,
 R.G.

Dated: January 3, 2022       MORRISON & FOERSTER LLP

By: */s/ Erin M. Bosman*
    Erin M. Bosman (CA Bar No. 204987)
    Julie Y. Park (CA Bar No. 259929)
    Benjamin S. Kagel (CA Bar No. 317645)
    12531 High Bluff Drive, Suite 100
    San Diego, CA 92130
    T: 858.720.5100
    EBosman@mofo.com
    JuliePark@mofo.com
    BKagel@mofo.com

    TORRES VICTOR
    James M. Shaw (FL Bar No. 16238)
    Maria Alvarez (FL Bar No. 57141)
    1451 W Cypress Creek Rd Ste 211
    Fort Lauderdale, FL 33309-1953
    716.228.2515
    jshaw@torresvictor.com
    malvarez@torresvictor.com

    Attorneys for Defendant
    PELOTON INTERACTIVE, INC.